IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 16 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.   4:12CR00296-001 SWW | |
| ANTHONY WAYNE GRAY | DEFENDANT |

## ORDER

The above entitled cause came on for hearing July 16, 2020, on the government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the testimony of witnesses and statements of counsel and exhibits presented, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke supervised release [doc #30] is ***granted,*** motion to revoke [doc #29] is denied as moot, and the supervised release previously granted this defendant, hereby, is ***revoked***.

IT IS FURTHER ORDERED that defendant shall serve a ***term of imprisonment of NINE (9) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Forrest City, Arkansas to be close to family and that defendant receive mental health counseling and participate in residential substance abuse treatment during incarceration.

There will be ***TWO (2) YEARS of supervised release*** following the term of incarceration. All general and standard conditions of supervised release previously imposed remain in full force and effect and shall include the following special conditions:

1

1. Defendant must participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include drug and alcohol testing, out-patient counseling, and residential treatment. The defendant must abstain from the use of alcohol throughout the course of supervision. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

2. The defendant must participate, under the guidance and supervision of the U.S. Probation Office, in a mental health treatment program, which may include psychological testing, outpatient counseling, and residential treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

The defendant is remanded to the custody of the U. S. Marshal Service.

    IT IS SO ORDERED this 16th day of July 2020.

    _/s/ Susan Webber Wright_
    United States District Judge